AARON D. FORD
 Attorney General
LORIN M. TAYLOR (Bar No. 14958)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-2389 (phone)
(702) 486-3773 (fax)
Email: lmtaylor@ag.nv.gov

*Attorneys for Interested Party
Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTWOINE SCONIERS,<br><br>                    Plaintiff,<br><br> v.<br><br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>                    Defendants. | Case No. 2:22-cv-01739-GMN-VCF<br><br>**UNOPPOSED MOTION TO VACATE AND RESCHEDULE EARLY MEDIATION CONFERENCE**<br><br>**(FIRST REQUEST)** |

Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Lorin M. Taylor, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby files this unopposed motion to vacate and reschedule early mediation conference. This is the first motion to vacate and reschedule the early mediation conference, currently scheduled for May 19, 2023. This request is sought in good faith and is not for any unfair purpose with any dilatory motive.

Plaintiff Antwoine Sconiers is currently incarcerated at High Desert State Prison. During the required meet and confer, Sconiers and Defense Counsel learned that Sconiers is scheduled to be released from the Nevada Department of Corrections on May 17, 2023. Defense Counsel was able to confirm that this is a firm release date. This matter is set for an Early Mediation Conference on May 19, 2023. Sconiers and Defense Counsel agreed to

request the Early Mediation Conference be vacated and rescheduled in order to allow Sconiers additional time to get situated after she is no longer incarcerated and arrange to appear at the conference.

LR IA 6-1 allows parties to request continuances prior to the subject deadline. Parties requesting an extension of a deadline, "must state the reasons for the [continuance] requested and must inform the court of all previous extensions of the subject deadline the court granted." The Parties agree to this continuance and timely file this motion prior to the May 19, 2023 conference. Good cause exists to continue the EMC because Sconiers will be released only two days prior to the conference and the Parties agree that the continuance is in the best interest of both. Neither side will be prejudiced by the additional time as this case is subject to a stay.

DATED this 5th day of May, 2023.

AARON D. FORD
Attorney General

By: /s/ Lorin M. Taylor
LORIN M. TAYLOR (Bar No. 14958)
Deputy Attorney General

*Attorneys for Interested Party Nevada Department of Corrections*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  5-5-2023

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on May 5, 2023, I electronically filed the foregoing **UNOPPOSED MOTION TO VACATE AND RESCHEDULE EARLY MEDIATION CONFERENCE (FIRST REQUEST)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Antwoine Sconiers, #1256937
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
Email: HDSP_LawLibrary@doc.nv.gov
*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General